AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-1415

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AVI SCHRON**
was received by me on *(date)* **03/17/2021** .

☑ I personally served the summons on the individual at *(place)* **45 BROADWAY 25TH FLOOR NEW YORK, NY 10006** on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **SECURITY OFFICER JANE DOE** , a person of suitable age and discretion who resides there, on *(date)* **03/22/2021** , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* **03/22/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $_____ for travel and $ **25** for services, for a total of $ **25.00** .

I declare under penalty of perjury that this information is true.

Date: **03/23/2021**

*Server's signature*

**Larry Hyppolite DCA-1241096**
*Printed name and title*

**88-18 Sutphin Blvd Suite 201, Jamaica NY 11435**
*Server's address*

Additional information regarding attempted service, etc:
Security officer was told by defendant to accept the documents. A copy of the documents was mailed to the defendant first class mail on 03/23/2021

[Print]  [Save As...]  [Reset]