UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DAVID LEVY,　　　　　　　　　　　　　　　　　　Case No.: 1:21-cv-1415-FB-SJB

　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

LAWRENCE GARDENS APARTMENTS DEL, LLC,
LAWRENCE GARDENS APARTMENTS, LLC,
CAMMEBY'S REALITY CORP., CAMMEBY'S
FUNDING LLC, CAMMEBY'S MANAGEMENT
COMPANY, LLC, REVONA PROPERTIES,
APARTMENT MANAGEMENT ASSOCIATES, LLC,
RUBIN SCHRON, AVI SCHRON, and ELI SCHRON,

　　　　　　　　　Defendants.
-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

　　Enter my appearance as counsel in this case for Defendants. I certify that I am admitted to practice in this Court.

Dated: 　White Plains, New York
　　　　　April 23, 2021

　　　　　　　　　　　　　　　　　　BABCHIK & YOUNG, LLP
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　By:　_/s/ M. Cartaya_____
　　　　　　　　　　　　　　　　　　Melissa C. Cartaya (MC 3036)
　　　　　　　　　　　　　　　　　　245 Main Street, Suite 330
　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　(914) 470-0001