UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DAVID LEVY,                                          Case No.: 1:21-cv-1415-FB-SJB

                        Plaintiff,                  **STIPULATION**

            -against-

LAWRENCE GARDENS APARTMENTS DEL, LLC,
LAWRENCE GARDENS APARTMENTS, LLC,
CAMMEBY'S REALITY CORP., CAMMEBY'S
FUNDING LLC, CAMMEBY'S MANAGEMENT
COMPANY, LLC, REVONA PROPERTIES, and
APARTMENT MANAGEMENT ASSOCIATES, LLC,

                        Defendants.
-------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned that the parties have

agreed to mediate the referenced matter as soon as reasonably possible.  The parties further agree

that defendants need not answer or move with respect to the amended complaint until twenty (20)

days after it is determined that the mediation was not successful or on twenty days written demand

for a response.

Dated: July 19, 2021

MARK DAVID SHIRIAN, P.C.                    BABCHIK & YOUNG, LLP

By: _____                 By: _____
    Mark D. Shirian, Esq.                        Jack Babchik, Esq.
    *Attorneys for Plaintiff*                     *Attorneys for Defendants*
    228 Est 45th St., 1700-B                      245 Main Street, Suite 330
    New York, New York 10017                      White Plains, New York 10601
    mark.shirian@gmail.com                        jack.babchik@babchikyoung.com
    (212) 931-6530                                (914) 470-0001

SO ORDERED:

_____