UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID LEVY,                                  Case No.: 1:21-cv-1415-FB-SJB

                Plaintiff,                        **STIPULATION**

   -against-

LAWRENCE GARDENS APARTMENTS DEL, LLC,
LAWRENCE GARDENS APARTMENTS, LLC,
CAMMEBY'S REALITY CORP., CAMMEBY'S
FUNDING LLC, CAMMEBY'S MANAGEMENT
COMPANY, LLC, REVONA PROPERTIES, and
APARTMENT MANAGEMENT ASSOCIATES, LLC,

                Defendants.
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned that the parties have agreed to mediate the referenced matter as soon as reasonably possible. The parties further agree that defendants need not answer or move with respect to the amended complaint until twenty (20) days after it is determined that the mediation was not successful or on twenty days written demand for a response.

Dated: July 19, 2021

| MARK DAVID SHIRIAN, P.C. | BABCHIK & YOUNG, LLP |
|---|---|
| By: _/s/ Mark Shirian_ | By: _Jack Babchik_ |
| Mark D. Shirian, Esq. | Jack Babchik, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 228 Est 45th St., 1700-B | 245 Main Street, Suite 330 |
| New York, New York 10017 | White Plains, New York 10601 |
| mark.shirian@gmail.com | jack.babchik@babchikyoung.com |
| (212) 931-6530 | (914) 470-0001 |

SO ORDERED:

/S/ Frederic Block  7-20-21