# Law Offices of Roosevelt Jean, LLC

**2 University Plaza, Suite 100**
**Hackensack, NJ 07601**
**(t) 201-446-8486 | | (f) 201- 645-1201**
**roosevelt@jeanjustice.com**
**https://www.jeanjustice.com**

**ROOSEVELT JEAN, ESQ***                                     **NY Office**
* NY & NJ BAR                                        The Nyack Express Building
*CERTIFIED CIVIL TRIAL ATTORNEY                      38 High Avenue, 4th  Floor
                                                     Nyack, New York 10960

                                              <u>PLEASE REPLY TO NJ OFFICE</u>

July 15, 2022

Via ECF
Hon. Frederic Block, U.S.D.J.
U.S. District Court, Eastern District of New York

> **Re: David Levy v. Lawrence Garden Apartments DEL, LLC, et al.**
> **Docket No.: 21-cv-1415 (FB)(SJB)**

Dear Judge Block:

As Your Honor is aware, our office represents plaintiff, David Levy in the above referenced matter. Currently before Your Honor is defendant's Motion to dismiss plaintiff's Complaint.

We write to advise after a meet and confer, defense counsel has granted the professional courtesy of a two-week extension for plaintiff's responsive pleadings given scheduling issues relating to health.

Subject to Your Honors approval, the parties request a two-week extension for the plaintiffs' brief to July 29, 2022.  Similarly, the plaintiff would consent to any future scheduling accommodations for defendant's response brief.

We thank Your Honor for his attention and courtesies in this matter.

Respectfully submitted,

_/s/ Roosevelt Jean_

Roosevelt Jean, Esq.

Cc via ECF: Siobhan Healy, Esq.
Attorney for Defendant