FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 29 2023 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DAVID LEVY,

          Plaintiff,

JUDGMENT
21-CV-1415 (FB) (SJB)

-against-

LAWRENCE GARDENS APARTMENTS DEL, LLC,
LAWRENCE GARDENS APARTMENTS, LLC,
CAMMEBY'S REALTY CORP., CAMMEBY'S
FUNDING, LLC, CAMMEBY'S MANAGEMENT
COMPANY, LLC, REVONA PROPERTIES, and
APARTMENT MANAGEMENT ASSOCIATES LLC,

          Defendants.
----------------------------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 28, 2023, granting Lawrence Gardens's motion to dismiss; and declining to exercise supplement jurisdiction over Levy's remaining state and local claims; it is

ORDERED and ADJUDGED that Lawrence Gardens's motion to dismiss is granted; and that the Court declines to exercise supplement jurisdiction over Levy's remaining state and local claims.

Dated: Brooklyn, NY
       March 29, 2023

Brenna B. Mahoney
Clerk of Court

By: /s/Jalitza Poveda
      Deputy Clerk